IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| MAE WEAVER, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 2:13-cv-00048-SWW |
| | * |
| | * |
| RAY HOBBS, Director of the Arkansas | * |
| Department of Correction, and DANNY | * |
| BURL, Individually and as Agency | * |
| Representative, | * |
| | * |
| Defendants. | * |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that this action be and it hereby is dismissed.

IT IS SO ORDERED this 17th day of December 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE